IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WILLIAM TED HOLLIDAY,**

    **Plaintiff,**

**v.**                                                            **Case No. 3:24-cv-571-AW-ZCB**

**MELANIE O'CONNER, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 3) and incorporate it into this order. Plaintiff is a three striker, and he did not submit the filing fee at the time of filing. This warrants dismissal, *see Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002), so Plaintiff's motion for more time to pay (ECF No. 4) is DENIED as moot.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to pay the filing fee." The clerk will then close the file.

SO ORDERED on December 26, 2024.

                                                s/ *Allen Winsor*
                                                United States District Judge